AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-12022-JEK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Toyota of Dartmouth, Inc., Paul Zammito, Registered Agent was received by me on *(date)* Jul 18, 2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rob Zammito, General Manager , who is designated by law to accept service of process on behalf of *(name of organization)* Toyota of Dartmouth, Inc., at 100 Faunce Corner Road, Dartmouth, MA 02747 on *(date)* Mon, Jul 21 2025 @ 3:24pm ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date: 07/21/2025

_____
Server's signature

MATTHEW ROBERTSON Process Server and Disinterested Person
_____
*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 21, 2025, 3:24 pm EDT at 100 Faunce Corner Road, Dartmouth, MA 02747 received by Rob Zammito, General Manager .

**Documents Served:** image001.pngimage002.jpgimage003.pngimage004.jpgSUMMONS IN A CIVIL ACTION; CATEGORY FORM; CIVIL COVER SHEET; AND CLASS ACTION JURY TRIAL DEMANDED