# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JODI KATZEFF, individually and on behalf of all
others similarly situated,

     *Plaintiff,*

v.

TOYOTA OF DARTMOUTH, INC.,

     *Defendant.*

C.A. NO. 1:25-CV-12022

## <u>NOTICE OF APPEARANCE</u>

Please enter my appearance on behalf of Defendant Toyota of Dartmouth, Inc.

Respectfully submitted,

TOYOTA OF DARTMOUTH, INC.,

By its attorney

*/s/ James F. Radke*
James F. Radke, BBO #667299
Harris Beach Murtha Cullina LLP
33 Arch Street, 12th Floor
Boston, MA 02110
617.457.4000
jradke@harrisbeach.com

DATED:   August 8, 2025

4923-1739-2476.v1

## <u>CERTIFICATE OF SERVICE</u>

I, James F. Radke, do hereby certify that on August 8, 2025, I filed this document through the ECF system which will send the document electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


*/s/ James F. Radke*
James F. Radke