UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JODI KATZEFF, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff,*<br><br>v.<br><br>TOYOTA OF DARTMOUTH, INC.,<br><br>  *Defendant.* | C.A. NO. 1:25-CV-12022 |

## ASSENTED-TO MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING

Defendant Toyota of Dartmouth, Inc. ("Toyota of Dartmouth") hereby moves to extend the deadline by which it must answer or otherwise respond to Plaintiff Jodi Katzeff's Complaint by twenty (20) days, from September 10, 2025 to September 30, 2025. This is the second request for an extension of the responsive pleading deadline made by Toyota of Dartmouth. The parties have conferred, and Plaintiffs' counsel has indicated that Plaintiff assents to this Motion.

As grounds for this Motion, Toyota of Dartmouth states that, following its initial request for an extension of the responsive pleading deadline, Toyota of Dartmouth conducted a preliminary investigation of the issues raised in Plaintiff's Complaint and the parties engaged in discussions in an attempt to resolve this matter. Those efforts were ultimately unsuccessful. Toyota of Dartmouth now requires additional time to complete its investigation and to prepare a responsive pleading. Toyota of Dartmouth expects that the requested extension of time will allow it sufficient time to complete these tasks.

In addition, the Court has not yet entered a scheduling order in the case and the requested extension should have a minimal impact on the overall case schedule.

4935-7319-2796.v1

Toyota of Dartmouth therefore requests that the Court extend the responsive pleading deadline as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Respond to Plaintiffs' Complaint | September 10, 2025 | September 30, 2025 |

The parties agree that the filing of this Motion by Toyota of Dartmouth shall not be deemed to confer jurisdiction on the Court or as a waiver of any of the rights or defenses of Toyota of Dartmouth, all of which are reserved.

WHEREFORE, Defendant Toyota of Dartmouth, Inc. requests that the Court ALLOW its Motion and extend the deadline to file a responsive pleading until September 30, 2025.

Respectfully submitted,

TOYOTA OF DARTMOUTH, INC.,

By its attorney

*/s/ James F. Radke*
James F. Radke, BBO #667299
Harris Beach Murtha Cullina LLP
33 Arch Street, 12th Floor
Boston, MA 02110
617.457.4000
DATED:  September 4, 2025    jradke@harrisbeach.com

**CERTIFICATE OF SERVICE**

      I, James F. Radke, do hereby certify that on September 4, 2025, I filed this document through the ECF system which will send the document electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                      */s/ James F. Radke*
                      James F. Radke