UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JODI KATZEFF, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>TOYOTA OF DARTMOUTH, INC.,<br><br>*Defendant.* | C.A. NO. 1:25-CV-12022 |

**MOTION TO COMPEL ARBITRATION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq.[1], Defendant Toyota of Dartmouth, Inc. ("Toyota of Dartmouth") hereby moves the Court to compel Plaintiff Jodi Katzeff to arbitrate this dispute and to stay this action.

In support of its Motion, Toyota of Dartmouth submits herewith its Memorandum of Law, the Affidavit of Robert Zammito, the Declaration of Tatevik Davtyan and supporting exhibits, and the Declaration of Michael Shindle and supporting exhibits.

WHEREFORE, Defendant Toyota of Dartmouth, Inc. requests that the Court ALLOW its Motion, enter an order compelling the parties to arbitrate this dispute, and stay the present action during the pendency of arbitration proceedings.

---

[1] Defendant files this Motin in lieu of an Answer. The Federal Arbitration Act authorizes and requires a stay of this action. To the extent necessary, Defendant also files this Motion pursuant to Fed. R. Civ. P. 12(b)(1).

Respectfully submitted,

TOYOTA OF DARTMOUTH, INC.,

By its attorney

*/s/ James F. Radke*
James F. Radke, BBO #667299
Harris Beach Murtha Cullina LLP
33 Arch Street, 12th Floor
Boston, MA 02110
617.457.4000

DATED:   September 30, 2025        jradke@harrisbeach.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that counsel for the Defendant conferred with Plaintiff's counsel in an attempt to narrow or resolve the issues raised in Defendant's Motion.

*/s/ James F. Radke*
James F. Radke

## CERTIFICATE OF SERVICE

I, James F. Radke, do hereby certify that on September 30, 2025, I filed this document through the ECF system which will send the document electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ James F. Radke*
James F. Radke