UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JODI KATZEFF, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>TOYOTA OF DARTMOUTH, INC.,<br><br>    *Defendant.* | C.A. NO. 1:25-CV-12022 |

## AFFIDAVIT OF ROBERT ZAMMITO

I, ROBERT ZAMMITO, being over 18 years of age, hereby depose and state as follows:

1. My name is Robert Zammito. I am employed as the General Manager for Defendant Toyota of Dartmouth, Inc. ("Toyota of Dartmouth").

2. I submit this Affidavit in support of Toyota of Dartmouth's Motion to Compel Arbitration. I have personal knowledge of the matters set forth herein based on my position with Toyota of Dartmouth, my knowledge of company policies and procedures, and my review of the relevant documents, and am otherwise qualified to make this statement.

3. Toyota of Dartmouth operates a retail motor vehicle dealership selling and leasing new and used motor vehicles from its dealership location in North Dartmouth, Massachusetts.

4. Toyota of Dartmouth sells and leases vehicles to many customers who reside outside of Massachusetts.

5. Toyota of Dartmouth purchases its new car inventory from Toyota Motor Corporation, through its U.S. distributor. That inventory is transported across state lines for delivery to Toyota of Dartmouth's dealership.

1

6. Toyota of Dartmouth also purchases its used car inventory from a variety of dealers, auctions, and customers located within and outside of Massachusetts.

7. Toyota of Dartmouth is a party to agreements with third-party lead generation services AutoWeb, Inc. ("AutoWeb") and TrueCar, Inc. ("TrueCar"), which permit the dealership to advertise its vehicle inventory on the AutoWeb and TrueCar websites and receive contact information for consumers who have expressed interest in a particular vehicle within the dealership's inventory.

8. Toyota of Dartmouth pays AutoWeb and TrueCar for sales leads generated through their services. Based on representations made by representatives of AutoWeb and TrueCar, it is my understanding and the understanding of our dealership that all consumers who submit sales leads through AutoWeb or TrueCar must affirmatively consent to each site's Terms of Use and/or Terms of Service and consent to be contacted by Toyota of Dartmouth.

9. On April 18, 2024, AutoWeb notified Toyota of Dartmouth that Plaintiff Jodi Katzeff had expressed interest in a 2023 Toyota Camry and provided her telephone number to the dealership.

10. Using the telephone number received from AutoWeb, Toyota of Dartmouth initiated contact with the Plaintiff through text messages.

11. On April 22, 2024, TrueCar notified Toyota of Dartmouth that Plaintiff had expressed interest in a 2024 Toyota Camry and provided her telephone number to the dealership.

12. Toyota of Dartmouth subsequently attempted to initiate contact with the Plaintiff through text messages and telephone calls.

[SIGNATURE PAGE TO FOLLOW]

Signed under the penalties of perjury this 30th day of September 2025.

                                                              */s/ Robert Zammito*
                                                              Robert Zammito

## **CERTIFICATE OF SERVICE**

      I, James F. Radke, do hereby certify that on September 30, 2025, I filed this document through the ECF system which will send the document electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                 */s/ James F. Radke*
                                                 James F. Radke