# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JODI KATZEFF, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>TOYOTA OF DARTMOUTH, INC.,<br><br>    *Defendant.* | C.A. NO. 1:25-CV-12022 |

## DECLARATION OF TATEVIK DAVTYAN



AutoWeb, Inc.
1820 Bonanza Street
Walnut Creek, CA 94596
Phone: (949) 225-4500
www.autoweb.com

September 29, 2025

**Declaration of AutoWeb in Support of Defendant's Motion to Compel Arbitration**

I, Tatevik Davtyan, hereby declare and state as follows:

1. I am the Senior Vice President, Legal and Compliance at AutoWeb, Inc. ("Company"). I make this declaration based on my personal knowledge and/or my review of the Company's business records, which are maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the matters stated herein.
2. As part of my responsibilities, I am familiar with the Company's user enrollment processes, including the procedures by which users submit lead forms and consent to the Company's Terms of Use and associated arbitration provisions.
3. According to the Company's business records, on or about April 18, 2024, an individual identified as Jodi Katzeff submitted a lead form through the Company's website.
4. At the time of that submission, users were presented with a TCPA consent statement that included a hyperlink to the Company's Terms of Use. In order to complete the submission, users, including Ms. Katzeff, were required to click a button affirmatively indicating their agreement to the Terms of Use, which contained an arbitration provision.
5. A true and correct copy of the Terms of Use that were in effect on April 18, 2024, is attached hereto as **Exhibit A**.
6. Based on the Company's records and the enrollment process described above, it is my understanding that Ms. Katzeff assented to the Terms of Use, including the arbitration provision, by clicking the submit button on the lead form.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2025, at Walnut Creek, California.

_____
Tatevik Davtyan
SVP, Legal and Compliance
AutoWeb, Inc.

## **CERTIFICATE OF SERVICE**

      I, James F. Radke, do hereby certify that on September 30, 2025, I filed this document through the ECF system which will send the document electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                         */s/ James F. Radke*
                                         James F. Radke