

**AutoWeb, Inc.**
**1820 Bonanza Street**
**Walnut Creek, CA 94596**
**Phone: (949) 225-4500**
**www.autoweb.com**

## Exhibit A

## AutoWeb Terms and Conditions in Effect at 4/18/2024

## (Attached)

**TERMS OF USE**

Last Updated: January 23, 2024

These Terms of Use ("**Terms of Use**") for AutoWeb, Inc. and its subsidiaries and affiliated entities (collectively "**AutoWeb**," "**Company**," "**we**", "**us**" or "**our**") apply to our website(s), microsite(s), mobile website(s), our email marketing and mobile applications (each an "**AutoWeb Site**" and collectively, the "**AutoWeb Sites**"). The AutoWeb Websites, including the services and features contained herein, are offered to you, the user, conditioned on your acceptance of, and agreement in the manner set forth herein to be bound by, without modification, all the terms and conditions contained within these Terms of Use. The Terms of Use also apply to any co-branded or framed version of the Website.

**We encourage Consumers to read these Terms of Use carefully before providing any Personal Information on any AutoWeb Site.**

By accessing, browsing and/or using the AutoWeb Websites, you acknowledge that you have read, understood, and agree, to be bound by these Terms of Use and the terms of the AutoWeb Privacy Policy, which is incorporated by reference into these Terms of Use and can be reviewed by clicking on the following link Privacy Policy, and to comply with all applicable laws, rules and regulations associated with your use of the AutoWeb Websites. If you do not agree to these Terms of Use, you are not authorized to use the AutoWeb Websites. The material provided on the AutoWeb Websites is protected by law, including, but not limited to, United States Copyright Law and international treaties. The AutoWeb Websites are controlled and operated by AutoWeb from its offices within the United States. AutoWeb makes no representation that materials available on the AutoWeb Websites are appropriate or available for use in other locations, and access to them from territories where their contents are illegal is prohibited. Those who choose to access the AutoWeb Websites from other locations do so at their own initiative and are responsible for compliance with applicable foreign laws.

By submitting your information, including telephone, number and email address to us, you expressly consent to sell/share your information with AutoWeb, its affiliates, automotive dealers, and other automotive or non-automotive third parties (and their agents or representatives), and authorize them to contact you through automated means (e.g., automatic telephone dialing system, text, artificial or pre-recorded messaging) for promotional marketing purposes at the phone number and email address you provided, via live, pre-recorded, or auto dialed via telephone, mobile device (including SMS and MMS), and/or email even if your number is currently listed on Federal or any state Do Not Call or Do Not Email. The foregoing consent and opt-in is not required as a condition to purchasing

or leasing vehicles or other products or services. You acknowledge that your carrier's message and data rates may apply for calls or text messages and that neither AutoWeb nor the third parties are responsible for these charges. Messages may be recurring and frequency may vary.

You may revoke your consent and opt-out from receiving calls or text messages at any time. You may opt-out of text messages by replying "**STOP**" to any text message you receive or follow other opt-out instructions included with the text message. You acknowledge and agree that you may receive a text message confirming your opt-out. To opt-out of telephone calls from AutoWeb (but not text messages), follow the instructions in our Privacy Policy. To opt-out of receiving telephone calls or texts from third parties, please contact the third party directly. To obtain assistance from our ConsumerCare Department, Reply "**AUTO HELP**" from a text message or contact our ConsumerCare Department as provided in our Privacy Policy. Please refer to our SMS Text Messaging Terms and Conditions, found below.

**Description of AutoWeb Services**

AutoWeb is primarily engaged in the business of digital marketing for the automotive industry that assists automotive retail dealers, automotive manufacturers and other third parties market and sell new and used vehicles or other products and services to Consumers through our programs for consumer online referrals, dealer marketing products and services, email marketing, postal advertising and online advertising. The primary component of our business is the collection of personal information voluntarily provided by Consumers in order to (i) connect the Consumer to vehicle dealers, vehicle manufacturers and other Third Parties offering products and services related to the automotive field and vehicle acquisition, ownership or use or other products and services not related to automotive industry in which the Consumer may have an interest and (ii) send the Consumer advertising, marketing or content. AutoWeb offers shopping and research features to help Consumers acquire or lease a new or used vehicle, including new and used vehicle research, new and used vehicle price quotes supplied by third party vehicle dealers or manufacturers ("**Vehicle Sellers**"), used vehicle listings, as well as information and links to providers of insurance, automotive finance, extended warranties or vehicle service contracts and other products and services.

**AutoWeb is NOT a Vehicle Seller, a broker or agent for Vehicle Sellers or a provider of or broker or agent for automotive financing, insurance or other products or services offered by third parties** ("**Third Party Product and Service Providers**"). Content and information displayed on the AutoWeb Websites is being provided for educational and research purposes only. The AutoWeb Websites are designed to enable users to obtain

online and offline price, payment and financing quotes from participating Vehicle Sellers and Third Party Product and Service. AutoWeb does not provide these price or payment quotes and is not responsible for any such quotes or other information provided by Vehicle Sellers or third Party Product and Service Providers All quotes are estimates only and exclude state and local taxes, as well as any state and local governmental charges, including without limitation, registration, license and title fees, documentary fees, emissions certification fees and added accessories you may choose to place on a vehicle. On occasion, errors by the Vehicle Sellers or Third Party Product and Service Providers may occur in the entry of condition, warranty, pricing and/or payment data that forms the basis of such quotes furnished through AutoWeb Websites. AutoWeb is not responsible for these errors, but works with Vehicle Sellers and Third Party Product and Service Providers to correct these errors when they come to AutoWeb's attention. **AutoWeb plays no part in actual vehicle sales or lease transaction to Consumers or in brokering sales or lease transactions and has no control over the quality or safety of the vehicles advertised, nor the truth or accuracy of vehicle descriptions (including condition or installed options or equipment), the actual availability of any specific vehicle listed or the truth or accuracy of descriptions of other products or services. In addition, AutoWeb does not own or operate any services used for facilitating the actual sale or transfer of vehicles between buyers and sellers of vehicles, including escrow services or title transfer services. Avoid any such service that claims to be operated by AutoWeb or any AutoWeb affiliated company.** You are encouraged to thoroughly review any documents you are asked to sign at the time of purchase or lease of a vehicle or the purchase of other products or services, as neither a Vehicle Seller nor a Third Party Product and Service Provider is prohibited from independently negotiating all of the terms and conditions of the final sale or lease. Any terms, conditions, warranties or representations in a written contract with the Vehicle Seller or Third Party Product and Service Provider are legally binding upon you. **AutoWeb is not a party to any transaction between you and a Vehicle Seller or a Third Party Product and Service Provider and makes no representations or warranties, implied or otherwise, with respect to any vehicles (including, without limitation, the condition of vehicles listed on an AutoWeb Website) or any other products or services.**

Because AutoWeb is primarily a publisher of content and other information provided by Vehicle Sellers and Third Party Product and Service Providers, in the event of any type of dispute over a vehicle or other product or services listed or displayed on an AutoWeb Website, you agree that any reliance on content or information provided on an AutoWeb Website is at your own risk, and unconditionally release AutoWeb, its affiliated companies, and each of their respective officers, directors, employees, agents, service providers,

content providers and licensors ("**AutoWeb Parties**") from any and all claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such dispute. AutoWeb is not responsible for statements made by others on AutoWeb Websites or on websites not owned or operated by AutoWeb. AutoWeb is not responsible for the accuracy, usefulness for a particular purpose or completeness of information provided by third parties that are available on or through the AutoWeb Websites. A consumer's purchase request or inquiry regarding a vehicle may have originated on a website that is not owned or operated by AutoWeb and was referred to AutoWeb by the third party owner or operator of the website. AutoWeb is not responsible for any data, information, content or statements made or displayed on those third party websites. We invite you to bring to our attention any material on an AutoWeb Website that you believe to be inaccurate. Please forward a copy of the material you believe to be inaccurate and the reasons for your belief to the email address for our Consumer Care Department listed in the section below entitled "Contacting Us."

For your convenience, we make available a variety of links to other websites that we do not own or operate where you can obtain automotive or non-automotive related products and services, including but not limited to insurance, vehicle service contracts (and other types of warranties), financing and parts and service. Such links are provided for your convenience and reference only. Although we encourage you to visit such websites, we cannot guarantee the prices, terms, quality, reliability or performance of the products or services provided by these vendors. AutoWeb is not responsible for the products or services these vendors provide or the statements, data, information or other content displayed on such websites. AutoWeb's inclusion of links to such websites does not imply any endorsement of the material on such websites.

**Privacy**

AutoWeb is committed to respecting your privacy and protecting your personally identifiable information. Any information AutoWeb may collect through your use of an AutoWeb Website is subject to AutoWeb's Privacy Policy, which can be viewed at [Privacy Policy](#).

**Referrals to Vehicle Sellers and Other Internet Marketing Companies**

AutoWeb reserves the right not to forward your purchase request to a Vehicle Seller or Third Party Product and Service Provider in its sole discretion. At its discretion, AutoWeb will attempt to forward your request to one or more Vehicle Sellers, although AutoWeb cannot assure you that AutoWeb will be able to match your request with a Vehicle Seller. In

addition, subject to AutoWeb's Privacy Policy, AutoWeb may elect to send your consumer request to only one Vehicle Seller even if there is more than one Vehicle Seller available to provide to you a response to your consumer request. AutoWeb may resell your consumer request to other Internet marketing services companies that may be able to match your request with a Vehicle Seller. In certain circumstances AutoWeb may not be able to match your purchase request to any Vehicle Seller or alternative Internet marketing services company, in which event you will likely not hear back from AutoWeb or anyone referred to you by AutoWeb. When you do hear back from a Vehicle Seller or anyone else AutoWeb may refer your purchase request to, please remember that AutoWeb is not responsible for anything they may say to you or any agreement you may enter into with them. The statements made by any such person to you or any agreement you reach with them are strictly between you and them and AutoWeb disclaims all responsibility.

All transactions are conducted by and fulfilled through Vehicle Sellers or other Third Parties that are not owned by or affiliated with AutoWeb. **AutoWeb does not guarantee vehicle or other products/services' prices or availability.** All vehicle or other product/service descriptions and prices provided to you either on an AutoWeb Website or via separate contact by a Vehicle Seller or other Third Party following your submission of a purchase request are made by the participating Vehicle Sellers or Third Parties and not by AutoWeb. All vehicles prices and descriptions listed as available on an AutoWeb Website under the AutoWeb Used Vehicle pages are established and electronically placed there by the participating Vehicle Seller that is offering the vehicle for sale or lease and not AutoWeb. **ALL VEHICLES ARE SUBJECT TO PRIOR SALE AND MAY NOT BE AVAILABLE WHEN YOUR REQUEST IS PROCESSED.** All data and information used in our research tools for configuring vehicles, selecting options, determining pricing, invoice or incentives on this Website are supplied by third party vendors for educational purposes only and are not intended to be binding on AutoWeb or the subscribing dealer. All tools appearing on an AutoWeb Website that allows for configuring vehicles with different options do so with such items that are typically available from the vehicle manufacturer and are typically available at local dealerships and may not be indicative of all of the configurations and equipment available on the vehicle being configured or the exact price(s) for a vehicle so equipped. Any discrepancies or mistakes made regarding vehicle availability, condition or pricing are not the responsibility of AutoWeb and should be directed to the dealer or third party vendor responsible for providing the information. AutoWeb does not guarantee either expressly or by implication that AutoWeb will find a vehicle that meets your specifications. Exact matches can be extremely difficult to find because of geographic location, vehicle popularity, and limited production or factory-to-dealer allocations.

**Referrals for Automotive Financing**

You are not required to apply for vehicle financing as a condition of your using an AutoWeb Website or any of the products or services offered on an AutoWeb Website. Independent third party lenders or their brokers or agents, and not AutoWeb, provide all vehicle-financing programs, information and quotes and make all credit evaluations and decisions. AutoWeb is not a lender, broker or agent, does not make credit evaluations or credit decisions, and is not responsible for credit evaluations or decisions made by third party lenders or their brokers or agents. If you choose to apply for financing through one of the independent third party lenders or their brokers or agents that market their finance products and services on AutoWeb Websites, you do so with this understanding. You may be asked to submit an application for credit and other documentation as the lender deems necessary in order to facilitate financing. Payment information that may be provided to you on AutoWeb Websites is for educational or research purposes only and shall not be considered as final. Your qualification for financing and, if qualified, the actual terms of your financing will be based upon, among other things, the results of an independent credit evaluation performed by or on behalf of the third party lender or their brokers or agents, current prevailing interest rates, and the length and amount of the financing requested.

In order to provide a more efficient service, AutoWeb has contracted with third party truPayments, LLC ("**truPayments**"), a financial services and technology company. By selecting the "Get Payments & Pricing," you provide written instructions in accordance with the Fair Credit Reporting Act ("**FCRA**") and other applicable laws for truPayments to request, receive, and retain a copy of your consumer credit report and score from consumer credit reporting agencies (i.e., Experian, TransUnion and/or Equifax). This credit report may be used for a variety of reasons, including, but not limited to: (i) verifying the accuracy of the information you have provided, including the verification of your identity; (ii) assessing your credit history and credit score for the purpose of identifying products and/or services that you may be interested in or that you may prequalify for; and/or (iii) matching you with specific lenders and other third parties for products, services, offers and/or promotions for which you may qualify. This credit inquiry is considered a "soft credit inquiry," which means it does not affect your credit score. Soft credit inquiries are shown only on copies of credit disclosures that are provided to you. Creditors and other third-party users of credit reports cannot see soft inquiries. All credit inquiries are made by truPayments and all consumer credit reports sent to lenders or third parties are transmitted by truPayments. **AutoWeb does not obtain or retain any consumer credit information from truPayments.** AutoWeb merely acts a conduit to facilitate truPayments receipt of a consumer credit report for the purposes described above. Upon your request, to truPayments at support@trupayments.com will inform you whether it requested credit

information about you and will provide the name and address of the consumer reporting agency that furnished the report or information.

**Referrals for Insurance**

You are not required to apply for vehicle insurance as a condition of your using an AutoWeb Website or any of the products or services offered on an AutoWeb Website. Independent third party insurance companies or their brokers or agents, and not AutoWeb, provide all vehicle insurance programs, information and quotes. AutoWeb is not an insurance company or broker or agent acting on behalf of any insurance company or for the consumer and is not responsible for insurance quotes or policies made or offered by third party insurance company's or their brokers or agents. If you choose to apply for insurance through one of the independent third parties that market their insurance products and services on AutoWeb Websites, you do so with this understanding. You may be asked to submit an application for quotes and other documentation as the third party deems necessary in order to facilitate the quote or policy. Payment information provided to you on AutoWeb Websites is for educational purposes only and shall not be considered as final. Your qualification for insurance and, if qualified, the actual terms of your policy will be based upon, among other things, the results of an independent evaluation performed by or on behalf of the third party.

The insurance coverage presented by insurers is designed to meet the insurance needs of a majority of consumers. Your particular circumstances may differ and thus may require additional information. By supplying these information resources, AutoWeb.com is not making any recommendations or providing any advice as to whether or not any particular insurance coverage is suitable for your individual circumstance. AutoWeb does not endorse or recommend any specific insurance company or coverage plan. Your decision to select any particular insurance company and coverage plan should be based upon your own assessment of your individual needs and the amount of insurance coverage that meets those needs. All premiums displayed are estimates and not guaranteed.

**Referrals for Vehicle Service Contracts**

AutoWeb is the authorized marketer of vehicle service contracts offered and sold by third parties, either directly or indirectly through third party intermediaries, brokers or selling agents (who may also provide the registration platform to purchase vehicle service contracts from the third party administrator or obligor with whom a consumer enters into the vehicle service contract). Neither AutoWeb nor its affiliated websites are administrators or obligors under the vehicle service contracts offered or sold by these third parties. The vehicle service contracts marketed by AutoWeb and its affiliated websites are offered by

third-party providers that represent that they are licensed or registered service contract providers. The third-party service contract providers underwrite the vehicle service contracts and determine the terms and conditions of the vehicle service contracts. Vehicle service contracts marketed by AutoWeb and its affiliated websites are not available for purchase by consumers in California, Florida, Massachusetts, and Missouri or in any other state were vehicle service contracts may not be sold, or may not be sold without applicable licensing. Consumers are encouraged to review the vehicle service contracts provided by the third-party service contract providers for details on coverages, limits, deductibles, conditions, exclusions, and terms provided by the vehicle service contracts before entering into the vehicle service contract.

**Referrals For Conditional Trade-In Offers or Offers to Purchase Vehicles**

AutoWeb may display on AutoWeb Websites links to websites of third parties ("**Program Providers**") whereby you may request: (i) conditional offers to purchase your used vehicle from third party vehicle dealers participating in the Program Provider's network ("**Participating Dealers**") (each such offer being a "**Conditional Trade-In Offer**") and/or (ii) an estimated trade-in value range for your used vehicle (each such estimate being a "**Trade-In Offer Estimate**"). Each Trade-In Offer Estimate is for informational purposes only and does not constitute, and should not be construed as, a Conditional Trade-In Offer or otherwise as an offer by AutoWeb, a Program Provider, a Participating Dealer or any other third party to purchase your used vehicle. All Conditional Trade-In Offers are subject to inspection and verification of the vehicle by, or on behalf of, the applicable Participating Dealer, as well as the applicable terms and conditions of the Program Provider and the Participating Dealer and your full compliance with such terms and conditions. Conditional Trade-In Offers may not available in all areas and not all vehicles are eligible.

Neither the Program Providers nor Participating Dealers are owned or operated by, or affiliated with, AutoWeb or otherwise act on behalf of AutoWeb. AutoWeb is not a broker, agent or retailer acting on behalf of any third party or for you and is not a party to, or responsible for, any offers, information, or quotes to purchase your vehicle offered by third parties or their brokers, agents, or customers. If you choose to accept an offer to purchase your vehicle, you do so with this understanding, and you are encouraged to review carefully the terms and conditions of any offer to purchase your vehicle. You are not required to request any offer to purchase your vehicle or an estimated trade-in value as a condition to you using an AutoWeb Website or any of the products or services offered on an AutoWeb Website.

**AUTOWEB DOES NOT MAKE ANY REPRESENTATION OR WARRANTY THAT YOU WILL BE ABLE TO SELL YOUR VEHICLE, OBTAIN AN ACCEPTABLE PRICE FOR YOUR VEHICLE,**

**RECEIVE ANY INQUIRIES OR SOLICITATIONS FROM PARTICIPATING DEALERS, OR RECEIVE ANY TRADE-IN OFFER ESTIMATE RELATING TO, OR CONDITIONAL TRADE-IN OFFER FOR, YOUR VEHICLE. IN THE EVENT THAT ANY CLAIMS OR DISPUTES ARISE OUT OF AN ACTUAL OR POTENTIAL TRANSACTION INVOLVING A CONDITIONAL TRADE-IN OFFER, YOU AGREE TO LOOK SOLELY TO THE PARTICIPATING DEALER FOR YOUR REMEDY AND NOT TO AUTOWEB.**

**Referrals for Other Products and Services**

You are not required to purchase or subscribe to any product or service as a condition of your using an AutoWeb Website or any of the products or services offered on an AutoWeb Website. Independent third parties, and not AutoWeb, offer these products and services. AutoWeb is not a broker, agent or retailer acting on behalf of any third party or for the consumer and is not responsible for any offers of products and services or for the products or services offered by third parties or their brokers or agents. If you choose to purchase or subscribe for any of these products or services, you do so with this understanding.

**Advertising Presented on AutoWeb Websites**

Your correspondence or business dealings with, or participation in promotions of, advertisers found on or through an AutoWeb Website, including payment and delivery of related products or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and such advertiser. You acknowledge and agree that AutoWeb will not be responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of such advertising on an AutoWeb Website.

**Rebates and Incentives**

Information regarding rebates or incentives as they appear on AutoWeb Websites are provided to AutoWeb from independent third party data providers and republished for educational and research benefit only. AutoWeb relies on third party providers for this information and is not verified by AutoWeb. Rebate and incentive information on AutoWeb Websites should not be and is not intended to be a substitute for direct communication between you and the manufacturer or manufacturer's dealer/agent. Any regional and national cash incentives or rebates offered to consumers by the manufacturer are exclusively between you and the manufacturer or dealer and may affect the actual sale price of the vehicle. AutoWeb does not participate in any such program and is not responsible for ensuring the incentive amount or your receipt of such benefits.

**Proprietary Rights and Use Limitations**

AutoWeb Websites are for your personal, non-commercial use. All materials on or available through AutoWeb Websites, including, without limitation, names, logos, trademarks, images, text, columns, graphics, photographs, information or data, illustrations, artwork, software, clips and other elements making up a website (collectively, "**Content**") are protected by copyrights, trademarks and other intellectual property rights owned and controlled by AutoWeb or by third parties that have licensed or otherwise provided their materials to AutoWeb. You may not modify, copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer, or sell any Content obtained from an AutoWeb Website. The Content available through AutoWeb Websites is the sole property of AutoWeb or its licensors and is protected by patent, copyright, trademark and other intellectual property laws. Except as otherwise explicitly agreed in writing, AutoWeb-owned content received through an AutoWeb Website may be downloaded, displayed, and printed for your personal, non-commercial use only. Content owned by AutoWeb licensors may be subject to additional restrictions. You agree not to reproduce, retransmit, distribute, disseminate, sell, publish, broadcast or circulate the content received through an AutoWeb Website to anyone, including but not limited to others in the same company or organization, except as authorized by AutoWeb by express prior written consent or in connection with your use of social media functions provided by AutoWeb on AutoWeb Websites.

You have no right to use any names, marks, logos, copyright titles, trademarks, service marks or other property of AutoWeb or any third party that provides Content to AutoWeb for display on the AutoWeb Websites, except as expressly provided herein. Any other trademarks or service marks and associated logos found herein are the trademarks or service marks of their respective owners. All rights not granted herein are hereby expressly reserved by AutoWeb and its licensors.

We respect the intellectual property of others. If you believe that your work, trademark or other intellectual property has been copied, displayed or otherwise infringed by us or by any third party on an AutoWeb Website, please provide the information specified below.

- A description of the copyrighted work, trademark or other intellectual property that you claim has been infringed upon;

- The reasons why you believe an infringement of your intellectual property has occurred;

- A description of where the material that you claim is infringing is located on an AutoWeb Website, including the URL of the page on which it appears; and

- Your address, telephone number and e-mail address.

Your written notice containing the foregoing information should be sent to AutoWeb at the following address:

AutoWeb, Inc.

1820 Bonanza Street, Suite 100

Walnut Creek, CA 94596

Attention: Legal Department

**Liability Disclaimer**

ALL CONTENT OR INFORMATION PROVIDED ON AUTOWEB WEBSITES IS FOR EDUCATIONAL AND RESEARCH PURPOSES ONLY AND DOES NOT IN ANY MANNER CREATE A LEGAL CONTRACT EXPRESS OR IMPLIED BETWEEN AUTOWEB AND YOU. IF YOU RELY ON AN AUTOWEB WEBSITE OR ANY CONTENT, INFORMATION, PRODUCT OR SERVICE AVAILABLE THROUGH AN AUTOWEB WEBSITE, YOU DO SO AT YOUR OWN RISK. YOU UNDERSTAND THAT THERE MAY BE DELAYS, OMISSIONS, INTERRUPTIONS, INACCURACIES, ERRORS AND/OR OTHER PROBLEMS WITH THE CONTENT, INFORMATION, PRODUCTS, AND SERVICES DISPLAYED ON OR PROMOTED OVER THE AUTOWEB WEBSITES. AUTOWEB WEBSITES ARE PROVIDED TO YOU "AS IS" WITHOUT ANY WARRANTY OF ANY KIND, AND ALL WARRANTIES, EXPRESS OR IMPLIED, ARE HEREBY DISCLAIMED. NEITHER AUTOWEB NOR ITS AFFILIATES, AGENTS AND LICENSORS, REPRESENT OR WARRANT THE ACCURACY, COMPLETENESS, CURRENTNESS, NONINFRINGEMENT, TITLE, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OF THE CONTENT OR INFORMATION AVAILABLE THROUGH THE AUTOWEB WEBSITES (OR ANY CONTENT, INFORMATION, PRODUCTS OR SERVICES THAT ARE REFERRED TO, ADVERTISED OR PROMOTED ON, OR SOLD THROUGH AN AUTOWEB WEBSITE). NOR DO WE OR THEY GUARANTEE THAT THE AUTOWEB WEBSITES WILL BE ERROR FREE, OR CONTINUOUSLY AVAILABLE, OR THAT AN AUTOWEB WEBSITE WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. AUTOWEB AND ITS AFFILIATES, AGENTS OR LICENSORS WILL NOT BE LIABLE FOR ANY CLAIMS, ACTIONS OR JUDGMENTS ARISING OUT OF OR RELATED TO ANY CONTENT POSTED TO AN AUTOWEB WEBSITE BY YOU OR ANY OTHER THIRD PARTY.

UNDER NO CIRCUMSTANCES WILL AUTOWEB OR ITS AFFILIATES, AGENTS OR LICENSORS BE LIABLE TO YOU OR ANYONE ELSE FOR ANY DAMAGES OTHER THAN DIRECT DAMAGES, ARISING OUT OF YOUR USE OF ANY AUTOWEB WEBSITE OR ANY PRODUCT OR SERVICE LINKED TO FROM OR ADVERTISED OR PROMOTED ON AN AUTOWEB WEBSITE, INCLUDING, WITHOUT LIMITATION, CONSEQUENTIAL, SPECIAL, INCIDENTAL, INDIRECT, PUNITIVE, EXEMPLARY, OR OTHER DAMAGES OF ANY KIND (INCLUDING LOST REVENUES

OR PROFITS, LOSS OF BUSINESS OR LOSS OF DATA), EVEN IF WE ARE ADVISED BEFOREHAND OF THE POSSIBILITY OF SUCH DAMAGES. YOU AGREE THAT THE LIABILITY OF AUTOWEB AND ITS AFFILIATES, AGENTS AND LICENSORS, IF ANY, ARISING OUT OF ANY KIND OF LEGAL CLAIM ARISING OUT OF OR OTHERWISE RELATED TO AN AUTOWEB WEBSITE WILL NOT EXCEED THE AMOUNT YOU PAID, IF ANY, FOR THE USE OF THE AUTOWEB WEBSITE OUT OF WHICH SUCH LIABILITY ALLEGEDLY ARISES. BECAUSE SOME STATES/JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, SOME OF THESE LIMITATIONS MAY NOT APPLY TO YOU. YOU AGREE TO INDEMNIFY AND HOLD HARMLESS AUTOWEB, ITS AFFILIATES, EMPLOYEES, OFFICERS, DIRECTORS, SHAREHOLDERS, REPRESENTATIVES, AGENTS, SUPPLIERS AND LICENSORS AGAINST ANY AND ALL CLAIMS, OF WHATEVER NATURE, THAT ARISE OUT OF ANY CONTENT YOU PLACE ON ANY AUTOWEB SITE.

**DISPUTE RESOLUTION**

MOST CONSUMER CONCERNS CAN BE RESOLVED QUICKLY AND TO THE CONSUMER'S SATISFACTION BY CONTACTING AUTOWEB'S CUSTOMER CARE DEPARTMENT AS PROVIDED BELOW UNDER THE SECTION ENTITLED "CONTACTING US." IN THE UNLIKELY EVENT THAT AUTOWEB'S CUSTOMER CARE DEPARTMENT IS UNABLE TO RESOLVE YOUR CONCERNS, WE EACH AGREE TO RESOLVE THOSE DISPUTES THROUGH BINDING ARBITRATION OR SMALL CLAIMS COURT INSTEAD OF IN COURTS OF GENERAL JURISDICTION TO THE FULLEST EXTENT PERMITTED BY LAW, AND SUBJECT TO THESE TERMS. ARBITRATION IS MORE INFORMAL THAN A LAWSUIT IN COURT. ARBITRATION USES A NEUTRAL ARBITRATOR INSTEAD OF A JUDGE OR JURY, ALLOWS FOR MORE LIMITED DISCOVERY THAN IN COURT, AND IS SUBJECT TO VERY LIMITED REVIEW BY COURTS. ARBITRATORS CAN AWARD THE SAME DAMAGES AND RELIEF THAT A COURT CAN AWARD. ANY ARBITRATION UNDER THESE TERMS WILL TAKE PLACE ON AN INDIVIDUAL BASIS TO THE MAXIMUM EXTENT PERMITTED BY LAW; CLASS ARBITRATIONS, CLASS ACTIONS OR REPRESENTATIVE ARBITRATIONS ARE NOT PERMITTED.  IN ARBITRATION, BOTH YOU AND AUTOWEB WILL BE ENTITLED TO RECOVER ATTORNEYS´ FEES FROM THE OTHER PARTY TO THE SAME EXTENT AS YOU WOULD BE IN COURT.

**Agreement to Arbitrate**

(a) Autoweb, Inc. and you agree to arbitrate any and all disputes and claims between us arising out of or relating to these Terms of Use, our Privacy Policy or use of the sites, via the sites or through mobile application, except any disputes or claims which under governing law are not subject to arbitration, to the maximum extent permitted by applicable law. These terms to arbitrate are intended to be broadly interpreted and to make all disputes and claims between us subject to arbitration to the fullest extent permitted by law.

However, any dispute you or we may have relating to copyrights or other intellectual property shall not be governed by this agreement to arbitrate. For the avoidance of doubt, this means that any claims you or we may have relating to intellectual property rights against the other, including seeking injunctive and other equitable relief, may be brought in a court of competent jurisdiction.

This agreement to arbitrate otherwise includes, but is not limited to claims based in contract, tort, warranty, statute, fraud, misrepresentation or any other legal theory; claims that arose before this or any prior Terms of Use (including, but not limited to, claims relating to advertising); claims that are currently the subject of purported class action litigation in which you are not a member of a certified class; claims relating to our websites; claims arising out of or relating to the Telephone Consumer Protection Act; claims relating to your data privacy or information security; and claims that may arise after the termination of these Terms of Use.

For purposes of this arbitration provision, references to "Autoweb, Inc.," "you," and "us" shall include our respective parent entities, subsidiaries, affiliates, agents, employees, predecessors in interest, successors and assigns, websites of the foregoing, as well as all authorized or unauthorized users or beneficiaries of services, products or information provided or made available under this or prior agreements between us relating to or arising from any aspect of your use or access of the sites.

Our arbitration agreement, including those applicable to our parent entities, subsidiaries, affiliates, agents, employees, predecessors in interest, successors and assigns, is registered with the American Arbitration Association ("**AAA**") Consumer Clause Registry, a reputable organization dedicated to ensuring transparency and fairness in arbitration processes. This registration signifies our commitment to upholding high standards in dispute resolution across all our operations and allows our users to review the arbitration clauses at any time. For more information or to view the registered arbitration clauses, please visit the [AAA Consumer Clause Registry Home Page](#).

This arbitration agreement does not deprive you of any rights afforded to you under applicable law but instead provides a forum for resolving disputes outside of the traditional court system. Please read the arbitration agreement carefully, as it affects your rights.

Notwithstanding the foregoing, either party may bring an individual action in small claims court. **You agree that, by entering into these Terms of Use, including this agreement to arbitrate, you and Autoweb, Inc. are each waiving the right to a trial by jury or to participate in a class or representative action to the maximum extent permitted by law.** These Terms evidence a transaction in interstate commerce, and thus the Federal Arbitration Act governs the interpretation and enforcement of this arbitration provision. This arbitration provision shall survive termination of these Terms of Use or your relationship with Autoweb, Inc. for any reason.

(b) A party who intends to seek arbitration must first send to the other, by certified mail, a written Notice of Dispute ("**Dispute Notice**"). The Notice to Autoweb, Inc. should be addressed to the following address ("**Dispute Notice Address**"):

Autoweb, Inc.

Attention: Legal Department

1820 Bonanza Street

Walnut Creek, CA 94596

The Dispute Notice must describe the nature and basis of the claim or dispute and set forth the specific relief you seek from Autoweb, Inc. ("**Demand**"). If Autoweb, Inc. and you do not reach an agreement to resolve the claim within 30 days after the Dispute Notice is received, you or Autoweb, Inc. may commence an arbitration proceeding.

(c) The arbitration will be governed by the Consumer Arbitration Rules ("**AAA Rules**") of the AAA, as modified by these Terms Of Use, and will be administered by the AAA. The AAA Rules are available online at www.adr.org, by calling the AAA at 1-800-778-7879, or by writing to the Dispute Notice Address. The AAA Rules may change from time to time, and you should review them periodically.

All issues are for the arbitrator to decide, including the scope and enforceability of this arbitration provision as well as other terms and conditions of these Terms of Use, and the arbitrator shall have exclusive authority to resolve any such dispute relating to the scope and enforceability of this arbitration provision or any other term of these Terms of Use, including, but not limited to any claim that all or any part of this arbitration provision or these Terms of Use are void or voidable. However, if putative class or representative claims are initially brought by either party in a court of law, and a motion to compel arbitration is brought by any party, then the court shall decide whether these Terms of Use permit class or representative proceedings. For the avoidance of doubt, the court and arbitrator shall be bound by these Terms of Use, including with regard to the class and representative waiver provision. In any arbitration, the arbitrator shall follow the applicable law. The arbitrator shall not have the power to commit manifest errors of law or legal reasoning, and any award rendered by the arbitrator that employs a manifest error of law or legal reasoning may be vacated or corrected by a court of competent jurisdiction for any such error.

Unless Autoweb, Inc. and you agree otherwise, any arbitration will be governed by the substantive laws of your state, and hearings will take place in the county (or parish) of your permanent residence. Case management and other hearings shall be heard via telephone unless agreed to otherwise. The payment of all AAA filing, administration and arbitrator fees will be governed by the AAA Rules.

During the arbitration, the amount of any settlement offer made by Autoweb, Inc. or you shall not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or Autoweb, Inc. is entitled. In arbitration, and to the extent otherwise permitted by law, the parties may exchange "offers of compromise" or stipulate to judgments or awards in the same way the parties could in court, including for example, under California Code of Civil Procedure Section 998 for arbitrations taking place in the State of California. Such offers of compromise shall have the same force and effect as they would in a court proceeding. The arbitration proceedings shall otherwise remain confidential, except for purposes of seeking court intervention (if necessary).

(d) Discovery and/or the exchange of non-privileged information relevant to the dispute will be governed by the AAA Rules.

(e) YOU AND AUTOWEB, INC. AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS

MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING TO THE MAXIMUM EXTENT PERMITTED BY LAW. If this specific subparagraph (e) is found to be unenforceable in its entirety, then the entirety of this arbitration provision shall be null and void. However, if only a portion of this subparagraph (e) is found to be unenforceable, then the unenforceable portion of the provision shall be stricken, and the remainder of subparagraph (e) enforced. Any claims or causes of action seeking relief not subject to individual arbitration under applicable law shall be stayed in a court of competent jurisdiction pending completion of individual arbitration to the maximum extent permitted by law.

(f) Notwithstanding any provision in these Terms of Use to the contrary, we agree that if Autoweb, Inc. makes any change to this arbitration provision (other than a change to the Dispute Notice Address) after your enrollment in a service or program or your use of the Autoweb, Inc. Sites, you may reject any such change and require Autoweb, Inc. to adhere to the language in this arbitration provision as written at the time at the time you initially requested or received any services from us if a dispute between us arises, by providing Notice to Autoweb, Inc. at the Dispute Notice Address in subsection (b) above within thirty (30) days of your enrollment.

**No Unlawful or Prohibited Use**

As a condition of your use of any AutoWeb Website, you warrant to AutoWeb that you will not use any AutoWeb Website for any purpose that is unlawful or prohibited by these Terms of Use.

**Modification of These Terms of Use**

These Terms of Use may be amended from time to time without notice, in AutoWeb's sole discretion. Any changes to the Terms of Use will be effective immediately upon the posting of the revised Terms of Use on the AutoWeb Websites. By continuing to use an AutoWeb Website following our posting of any such change, you agree to be bound by these Terms of Use as changed. Please note that your use of certain materials and features of the AutoWeb Websites may be subject to additional terms and conditions. By using those materials and features, you also agree to be bound by such additional terms and conditions.

**General Terms**

These Terms of Use and your use of the AutoWeb Websites are governed by the laws of the State of California, USA. You hereby consent to the exclusive jurisdiction and venue of

courts in Contra Costa County, California, USA in all disputes (other than those subject to arbitration as described in this Terms of Use) arising out of or relating to the use of any AutoWeb Website. Use of any AutoWeb Website is unauthorized in any jurisdiction that does not give effect to all provisions of these Terms of Use, including without limitation this paragraph. You agree that no joint venture, partnership, employment, or agency relationship exists between you and AutoWeb as a result of these Terms of Use or your use of an AutoWeb Website. AutoWeb's performance of these Terms of Use is subject to existing laws and legal process, and nothing contained in these Terms of Use is in derogation of AutoWeb's right to comply with law enforcement requests or requirements relating to your use of an AutoWeb Website or information provided to or gathered by AutoWeb with respect to such use. If any part of these Terms of Use is determined to be invalid or unenforceable pursuant to applicable law including, but not limited to, the warranty disclaimers and liability limitations set forth above, then the invalid or unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of these Terms of Use shall continue in effect. These Terms of Use constitute the entire agreement between you, the user, and AutoWeb with respect to the AutoWeb Websites and they supersede all prior or contemporaneous communications and proposals, whether electronic, oral or written, between the user and AutoWeb with respect to the AutoWeb Websites. A printed version of these Terms of Use and of any notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to these Terms of Use to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. Any rights not expressly granted by AutoWeb herein are reserved by AutoWeb.

**SMS Text Messaging Terms and Conditions**

This section of AutoWeb's Terms of Use explains how we use SMS text messaging. Please read these SMS Text Messaging Terms & Conditions ("SMS Terms") carefully.

By completing a webform on AutoWeb Sites and providing your mobile phone number, you expressly consent and opt in to receive marketing **SMS** or **MMS** messages from AutoWeb, its affiliates, automotive dealers, and other automotive or non-automotive third parties (and their agents or representatives), including text messages made with an auto dialer, at the mobile number you provide. These messages can be recurring or one-time.

Your submission of a webform on AutoWeb Sites, particularly, constitutes your (i) affirmative consent and agreement to our Terms of Use and this Privacy Policy; and (ii) affirmative express written consent to sell/share the Consumer's information with AutoWeb, its affiliates, automotive dealers, and other automotive or non-automotive third

parties (and their agents or representatives), and authorize them to contact the Consumer through automated means (e.g., automatic telephone dialing system, text, artificial or pre-recorded messaging) for promotional marketing purposes at the phone number and email address the Consumer provided via live, pre-recorded, or auto dialed via telephone, mobile device (including SMS and MMS), and/or email, even if my number is currently listed on Federal or any state Do Not Call or Do Not Email. The Consumer also confirms the Consumer's understanding that the foregoing consent is not a condition to purchase any product/service, and that the Consumer can revoke this consent at any time or opt-out of SMS messages by replying **STOP**. The acknowledges that the Consumer's carrier's message and data rates may apply.

Data obtained from you in connection with this SMS Text Messaging service may include your mobile phone number, your wireless provider's name, the date, time, and content of your messages and other information you provide to AutoWeb as part of this service. AutoWeb may use this information to contact you and provide services you request from AutoWeb. You agree to notify us of any changes to your mobile number and update your account with us to reflect this change.

**Opt-Out or Help:** You may opt out of receiving text messages from AutoWeb at any time. To opt out of future messages, reply "**STOP**" to any message you received, contact us via e-mail at ConsumerCare@autoweb.com or call our **ConsumerCare department** via our toll-free number at **(800) 267-2015**. We will send you an SMS message to confirm your opt out when you reply "**STOP**" but after this, you will no longer receive text messages from us. If you would like to rejoin, just sign back up as you did the first time, and we will start sending you texts again. To opt out of receiving text messages from third parties, please contact the third party directly. You can receive assistance at any time by replying "**AUTO HELP**" from a text message or calling the **AutoWeb ConsumerCare** department at **(800) 267-2015**.

**Message and Data Rates May Apply**: Your carrier's standard messaging rates apply to your entry or submission message, our confirmation, and all subsequent SMS correspondence. AutoWeb does not charge for any content, however, downloadable content may incur additional charges from your cell phone provider. Please contact your wireless carrier for information about your messaging plan. Your carrier may impose message or charge limitations on your account that are outside of our control. All charges are billed and payable to your mobile service provider. The maximum number of messages per month you receive will vary based on the service you opt into. If you have questions about your text or data plan, it is best to contact your wireless provider.

You acknowledge that any text messages you receive from AutoWeb are distributed via third-party mobile network providers. As a result, AutoWeb cannot control certain factors relating to message delivery. You further acknowledge that neither AutoWeb nor your wireless carrier is

liable for delayed or undelivered text messages. AutoWeb may revise, modify, or amend these SMS Terms at any time. Any such revision, modification, or amendment shall take effect when it is posted to the AutoWeb Sites. You agree to review these SMS Terms periodically to ensure that you are aware of any changes. Your continued consent to receive AutoWeb text messages will indicate your acceptance of those changes.

**Contacting Us**

If you have any questions regarding these Terms of Use, please contact our Consumer Care Department by email at [consumercare@autoweb.com](mailto:consumercare@autoweb.com), by calling via our toll-free number at (800) 267-2015.

3/12/2024, 3:06:44 PM