# Exhibit A-2

**TrueCar Arbitration Agreement**

**CONTACT**

- TrueCar, Inc.
- 1401 Ocean Avenue, Suite 200
- Santa Monica, CA 90401
- 1-888-TRUECAR

**TrueCar, Inc. Arbitration Agreement**

Please read this agreement carefully—it affects your rights.

By your access to or use of the TrueCar websites or mobile applications (collectively, the "Website") and/or any service offered through them or referenced in the Terms of Service, You (defined below) and TrueCar (defined below) agree to the terms and conditions of this Arbitration Agreement ("Arbitration Agreement" or "Agreement").

To expedite resolution of disputes and control related costs, You and TrueCar agree that any past, present, or future legal or equitable Claims (defined below) will be resolved as follows:

1. **Informal Resolution.**

a.      We will first try to resolve any Claim informally. Accordingly, neither You nor TrueCar may start a formal proceeding for at least 60 days after one of us notifies the other of a Claim in writing, consistent with the Notice and Demand Procedure below.

b.      If You intend to file a demand for arbitration pursuant to this Arbitration Agreement, in order to give TrueCar an opportunity to informally resolve your Claim, You must first send to TrueCar, by certified mail, a written Notice of Dispute ("Notice"). The Notice should be addressed to TrueCar Arbitration, Attn: Legal Department, 1401 Ocean Avenue, Suite 300, Santa Monica, California 90401.

c.      Any statute of limitations will be tolled (extended) for the time period from the date of mailing of your Notice of Dispute and the date that TrueCar responds to Your Notice of Dispute. If TrueCar and You do not reach an agreement to resolve the Claim within 60 days after the Notice is received, or immediately upon TrueCar's denial of Your Claims, You or TrueCar may commence an Arbitration proceeding by filing a Demand for Arbitration ("Demand"). During the Arbitration, the amount of any settlement offer made by TrueCar or You shall not be disclosed to the Arbitrator until after the Arbitrator determines the amount, if any, to which TrueCar or You is entitled.

2. **Formal Resolution.**

a. If we cannot resolve a Claim informally, and if either of us wishes to pursue the dispute, then we will formally resolve any Claim that either of us asserts under the following agreed procedure and rules.

b. Except as noted in Section 2.k, TrueCar and You agree that any and all Claims (defined below) shall be submitted to final, binding, and confidential Arbitration before the American Arbitration Association ("AAA") in accordance with the AAA Commercial Arbitration Rules ([www.adr.org/commercial](www.adr.org/commercial)) and AAA Consumer Arbitration Rules ([www.adr.org/consumer](www.adr.org/consumer)), as applicable to a particular dispute ("AAA Rules"). Our agreement to arbitrate is retroactive in effect and applies to all Claims regardless of whether they accrued before or after this Agreement went into effect.

c. Our agreement to submit all Claims to arbitration includes all disputes or questions about arbitrability, all claims for temporary, injunctive, or declaratory relief, and all claims arising under any federal or state statute, rule, or regulation. **Arbitration means that You and TrueCar waive your right to a jury trial. We both understand that arbitration is a dispute-resolution process that is different from filing a lawsuit in court and that by agreeing to submit all Claims to arbitration, we are each giving up our right to file a lawsuit and our right for a jury to decide our case. You can opt out of the arbitration by following the instructions in Section 3.**

d. If either party files an arbitration, You and TrueCar agree that both parties will keep all aspects of the arbitration strictly confidential, except where disclosure is required by law (including regulatory reporting, or tax reporting, to any governmental agency or entity). Otherwise, we agree not to disclose to any other person facts about the arbitration proceedings, documents filed in the proceedings, or award and rulings in the proceedings. This provision will not preclude either party from moving to vacate or confirm an arbitral award in court, but both parties agree to use best efforts to file an arbitral award or other order under seal in court proceedings.

e. TRUECAR AND YOU AGREE THAT CLAIMS MAY ONLY BE BROUGHT IN AN INDIVIDUAL CAPACITY AND IN THE NAME OF AN INDIVIDUAL PERSON OR ENTITY AND THAT CLAIMS MUST PROCEED ON AN INDIVIDUAL AND NON-CLASS AND NON-REPRESENTATIVE BASIS. THAT MEANS YOU AND TRUECAR WAIVE THE RIGHT TO BRING A CLASS ACTION AND CANNOT ARBTIRATE ANY CLAIM AS A REPRESENTATIVE OR NON-REPRESENTATIVE MEMBER OF A CLASS. TRUECAR AND YOU AGREE THAT CLAIMS OF TWO OR MORE PERSONS MAY NOT BE JOINED OR CONSOLIDATED IN THE SAME ARBITRATION UNLESS ARISING FROM THE SAME TRANSACTION. FURTHERMORE, TRUECAR AND YOU AGREE THAT NEITHER YOU NOR TRUECAR MAY PURSUE THE CLAIMS IN ARBITRATION AS A CLASS OR COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION OR OTHER REPRESENTATIVE ACTION. CLAIMS MAY NOT BE PURSUED IN ANY COURT OTHER

THAN TO ENFORCE THE ARBITRATOR'S AWARD. THE ARBITRATOR SHALL HAVE THE AUTHORITY TO AWARD RELIEF ONLY ON AN INDIVIDUAL AND NON-CLASS AND NONREPRESENTATIVE BASIS. ACCORDINGLY, YOU AND TRUECAR AGREE THAT THE AAA RULES FOR CLASS ACTIONS DO NOT APPLY TO OUR ARBITRATION.

f.     TrueCar and You agree that Your access to or use of the Website and/or any service offered through it has an effect on interstate commerce. Therefore, TrueCar and You agree that this Arbitration Agreement shall be construed and interpreted under the Federal Arbitration Act, 9 U.S.C. Section 1, et. seq.

g.     You acknowledge and agree that You voluntarily and knowingly entered into this Arbitration Agreement, and chose to use the TrueCar Website and/or the services offered through it rather than companies that offer similar services and who may not have an arbitration agreement.

h.     In the event this Agreement conflicts with the TrueCar Terms of Service, the AAA rules, or any other agreement, this Agreement shall control.

i.     Arbitrator and Qualifications. You and TrueCar agree that Claims submitted to Arbitration shall be decided in a single arbitration before a single Arbitrator who must be on the AAA National Roster of Commercial Arbitrators and selected in accordance with the AAA Rules. The Arbitrator must also be a retired state court or federal court judge of the state in which You reside. The arbitrator shall have the authority to award the same damages and all other relief that a court can award. The arbitrator's decision is final and binding on all parties and may be enforced in a court of competent jurisdiction.

j.     Arbitration Rules. The applicable AAA Rules shall apply to the arbitration of Claims except as expressly provided in this Agreement, including that:

> 1. Small Claims Court Option. For Claims that do not exceed the jurisdictional limit of small claims court, TrueCar or You may bring Claims in small claims court instead of arbitration. The rules of the small claims court shall apply.
>
> 2. Claims seeking $75,000 or less. After TrueCar receives the required Demand for Arbitration filed with the AAA, TrueCar will reimburse You for Your payment of the filing fee. The Arbitration will take place in the county where You reside at the time of filing of a Demand for Arbitration. TrueCar waives any right to recover attorneys' fees or costs from You except as expressly provided in this Agreement. If the Notice procedure above was followed and: a) TrueCar did not make a written offer to settle the dispute before an arbitrator was selected, and the Arbitrator awards You any relief on the merits; or b) after finding in Your favor in any respect on the merits of Your claim, the Arbitrator issues You an award

       that is greater than the value of TrueCar's last written settlement offer made before an arbitrator was selected, then TrueCar will: i) pay You the amount of the Arbitrator's award or $7,500, whichever is greater ("Alternative Payment"); and ii) pay Your attorney, if any, the amount of reasonable attorneys' fees incurred by You, and reimburse any expenses (including expert witness fees and costs) that Your attorney reasonably accrued for investigating, preparing, and pursuing Your Claim in Arbitration ("Attorney Premium").

    3.   Claims seeking $15,000 or less. In addition to sub-paragraph "2" above, You may choose whether the Arbitration proceeds in person, by telephone, or based only on written submissions.

    4.   Claims seeking in excess of $500,000. Unless otherwise required by law, the AAA Rules for Large, Complex Commercial Disputes shall apply (www.adr.org/commercial). Payment of all fees will be governed by AAA Rules. The Arbitration will take place in the county where You reside at the time of filing of a Demand for Arbitration, unless otherwise agreed in writing by TrueCar and You. The Federal Rules of Evidence shall apply unless otherwise agreed to in writing by TrueCar and You.

k.    Arbitrator's Authority. The Arbitrator shall issue a written decision sufficient to explain the essential findings and conclusions on which the award is based (a reasoned decision). The Arbitrator has the authority to make rulings and resolve all disputes concerning Claims, and the rights of the Parties (if any) to the payment and reimbursement of arbitration and attorneys' fees, costs, expenses, and the Alternative Payment and the Attorney Premium described above. The Arbitrator has the authority to award any form of individual relief that a court would have the authority to award, including equitable relief, and other relief available under applicable law. The Arbitrator is bound by the terms of this Agreement. All issues are for the Arbitrator to decide, including all issues of arbitrability such as the scope and enforceability of the Arbitration Agreement.

l.    Statute of Limitations. The Arbitrator shall apply a statute of limitations to all Claims as though such Claims were brought in a court of competent jurisdiction, subject to the tolling provision above.

m.    Arbitration Fees. Except as otherwise provided in this Agreement, TrueCar will pay all AAA filing, administration, and arbitrator fees for any Arbitration initiated in accordance with the Notice Procedure above. Current filing fees are available at www.adr.org. If, however, the Arbitrator finds that either the substance of Your claim or the relief sought in the Demand is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all such fees will be governed by the AAA

Rules. In such case, You agree to reimburse TrueCar for all monies previously disbursed by it that are otherwise Your obligation to pay under the AAA Rules.

n.      Attorneys' Fees and Costs. The right to attorneys' fees and expenses provided under this Agreement is in addition to any right to attorneys' fees You may have under applicable law. However, You may not recover duplicative awards of attorneys' fees or costs. Although under some laws TrueCar may have a right to an award of attorneys' fees and expenses if it prevails in Arbitration, TrueCar agrees that it will not seek such an award.

3. **Your Right to Opt-out of Arbitration Agreement.**

If you do not wish to be bound by this Arbitration Agreement, You must timely notify TrueCar by sending an email to arbitrationoptout@truecar.com and providing the following information in Your email: (1) Your name; (2) Your address; (3) Your phone number; and (4) a clear statement that You wish to opt out of this Arbitration Agreement. To be effective, the opt-out notice must be emailed no later than 30 days after the date You become bound by the Arbitration Agreement. Please note that You will continue to be bound by any prior arbitration agreement You did not opt-out of and any arbitration agreement that otherwise governs Your relationship with TrueCar.

4. **Severability.**

A court may sever any portion of Section 2 that it finds to be unenforceable, except for the prohibitions on class, representative, and private attorney general arbitration.

a.      You and TrueCar agree that any arbitration ruling allowing class action arbitration or allowing any claimant to seek relief for other persons in a representative capacity would be contrary to Your and TrueCar's intent and would require immediate judicial review of such ruling.

b.      In the event that a court allows any litigation of a dispute to go forward notwithstanding this arbitration agreement (which demonstrates the parties' intent to arbitrate all claims), TrueCar and You agree to waive rights to a trial by jury with respect to that litigation, and the judge will be the finder of fact.

5. **Who Can Enforce this Arbitration Agreement?**

Consistent with the definition of Claims in Section 7 below, You and TrueCar agree that Participating Dealers and Affinity Partners are intended to be third party beneficiaries to this Arbitration Agreement and that the terms of our Agreement will also inure to the benefit of Participating Dealers and Affinity Partners. This means that—in addition to You and TrueCar—Participating Dealers and Affinity Partners will be able to enforce this Agreement in the event of a dispute between You and one of TrueCar's participating Dealers or Affinity Partners.

6. **Survival.**

This Arbitration Agreement survives any termination of the Terms of Service, this Agreement, and Your relationship with TrueCar.

7.  **Definitions.**

Unless otherwise stated in this Agreement, any definitions used in the Terms of Service will apply herein. For purposes of this Agreement:

"TrueCar" means TrueCar and its employees, agents, and other representatives, and its subsidiaries, insurers, parent, and affiliates, and each of their respective employees, agents, and other representatives.

"You" means you and all other users of your TrueCar account.

"Claims" means any and all disputes, claims and/or causes of action arising out of or relating in any way to Your dealings or relationship with TrueCar including, but not limited to, Your access to or use of the TrueCar Website, and/or any service offered through it, advertising on the Website, and/or Your purchase of any vehicle in connection with the use of Your TrueCar account. The foregoing definition of Claims specifically includes any dispute with Participating Dealers and Affinity Partners that arises out of or relates in any way to Your relationship or interaction with TrueCar, and in this regard Participating Dealers and Affinity Partners are third-party beneficiaries of this Arbitration Agreement.

"Participating Dealers" means any new and/or used automobile dealer that participates in the TrueCar network.

"Affinity Partners" means the owner of any third party website or mobile application through which TrueCar provides or powers a new and/or used auto buying program.