UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JODI KATZEFF, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 25-cv-12022-JEF |
| vs. | JURY TRIAL DEMANDED |
| TOYOTA OF DARTMOUTH, INC., | |
| *Defendant*. | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff, Jodi Katzeff, by and through undersigned counsel, respectfully moves this Court for a thirty (30) day extension of time to respond to Defendant Toyota of Dartmouth, Inc.'s pending Motion to Compel Arbitration (ECF No. 11). In support, Plaintiff states as follows:

1. Plaintiff's response to Defendant's Motion is currently due October 14, 2025.

2. Defendant's Motion is supported by multiple affidavits and exhibits, including declarations from AutoWeb and TrueCar representatives, which require careful review and investigation.

3. Counsel for Plaintiff needs additional time to analyze these materials, confer with the client, and prepare a thorough opposition brief addressing both the contractual and factual issues raised.

4. Plaintiff therefore respectfully requests an extension of thirty (30) days, through and including November 13, 2025, to file her opposition.

5. Counsel for Defendant has assented to the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court extend her deadline to respond to Defendant's Motion to Compel Arbitration through and including November 13, 2025.

Dated: October 6, 2025

                PLAINTIFF,
                By her attorneys,
                */s/ Anthony I. Paronich*
                Anthony I. Paronich
                Paronich Law, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, MA 02043
                (508) 221-1510
                anthony@paronichlaw.com

**Shamis & Gentile, P.A.**
Andrew J. Shamis, Esq. *
ashamis@shamisgentile.com
Christopher Berman Esq. *
cberman@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

* *Pro Hac Vice forthcoming*

*Counsel for Plaintiff and the Classes.*