**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHESETTS**

| | |
|---|---|
| **JODI KATZEFF,** individually and on behalf of all others similarly situated, | Case No. 1:25-cv-12022-JEK |
| *Plaintiff(s),* | District Judge Julia E. Kobick |
| v. | Magistrate Judge Paul G. Levinson |
| **TOYOTA OF DARTMOUTH, INC.,** | |
| *Defendant.* | |

## DECLARATION OF PLAINTIFF JODI KATZEFF IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

I, Jodi Katzeff, submit this Declaration in support of Plaintiff's Response in Opposition to Defendant's Motion to Compel Arbitration. Under penalty of perjury, I declare the following:

1.    My name is Jodi Katzeff. I am over eighteen (18) years old and competent to testify to the matters set forth in this Declaration.

2.    I am the Plaintiff in this action.

3.    I do not contest that I visited AutoWeb, Inc.'s website, autoweb.com, on April 18, 2024.

4.    I cannot remember whether I submitted my phone number or other personal information on autoweb.com.

5.    Based on the evidence submitted by Defendant, I do not recall what disclosure or form was allegedly presented on the AutoWeb website on April 18, 2024.

1

6.     However, I reviewed the below screenshot, taken on October 15, 2025, of the autoweb.com webform through which AutoWeb collects consumer telephone numbers (the "AutoWeb Screenshot").



7.     I do not find the disclosure language in the AutoWeb Screenshot to be conspicuous. I would not have known that I was agreeing to be bound by AutoWeb's Terms of Use or to the arbitration provisions therein.

8.     After being confronted with the form in the AutoWeb Screenshot, I would expect to be able to browse AutoWeb's deals on vehicles by submitting my phone number. I would not expect to be harassed by telemarketing text messages and calls and certainly not from Toyota of Dartmouth, Inc. Nor would I expect to be bound by an arbitration agreement between myself and Toyota of Dartmouth.

9.      I do not contest that I visited farmers.truecar.com, which is TrueCar, Inc.'s platform through the Farmers Insurance website, on April 22, 2024.

10.     I cannot remember whether I submitted my phone number and other personal information on farmers.truecar.com.

11.     However, I reviewed the screenshot provided by Defendant of the farmers.truecar.com webform through which TrueCar collects consumer telephone numbers, shown below. *See* Decl. Michael Shindle at ¶ 8, ECF No. 14.



12.     I also reviewed the screenshot below, taken on October 15, 2025, of a different display of the farmers.truecar.com webform through which TrueCar collects consumer telephone numbers. This webform appears when the user wants to obtain a quote for a vehicle.

3



13.     I do not find the disclosure language in the TrueCar screenshots to be conspicuous. I would not have known I was consenting to be bound by TrueCar's Terms of Service or to the arbitration provisions therein.

14.     After being confronted by the disclosures in the TrueCar screenshots, I would expect to be able to obtain a quote for a vehicle or to see local inventory. I would not expect to be harassed by telemarketing text messages and calls and certainly not from Toyota of Dartmouth, Inc. Nor would I expect to be bound by an arbitration agreement between myself and Toyota of Dartmouth.

15.     I have also reviewed below screenshots, which were taken on October 15, 2025, showing that the TrueCar webforms do not allow a user to proceed to obtain a quote for a vehicle

or to see local inventory without first checking the box to accept TrueCar's Terms of Service and
Privacy Policy.





16.     However, even if I clicked the hyperlink on either form to access TrueCar's Terms of Service, I would not have known about the terms of the Arbitration Agreement, which is hyperlinked *within* the hyperlinked Terms of Service. The screenshot below, taken on October 15, 2025, shows TrueCar's Terms of Service and the hyperlink to the Arbitration Agreement.

## TrueCar Terms of Service

CONTACT
ueCar, Inc.
!5 Santa Monica Blvd, 12th Floor
anta Monica, CA 90401
888-TRUECAR

By accessing or using this website, any of its pages and/or any of the services referenced herein, you accept and agree to be bound by the Terms of Service set forth below.

**1. ARBITRATION AGREEMENT AND WAIVER OF RIGHT TO BRING COLLECTIVE ACTION.**

You and TrueCar agree to final and binding arbitration of all Claims (as defined in the Arbitration Agreement) before the American Arbitration Association pursuant to the written Arbitration Agreement (the "Arbitration Agreement"). PLEASE READ THE ARBITRATION AGREEMENT CAREFULLY. IT AFFECTS YOUR RIGHTS, AND THOSE TO WHOM YOU PROVIDE ACCESS TO YOUR ACCOUNT. THE AGREEMENT TO ARBITRATE ALL CLAIMS IS A CONDITION OF YOUR USE OF THE TRUECAR WEBSITE AND/OR ANY OF THE SERVICES REFERENCED HEREIN.

**2. CHOICE OF LAW.**

Except as otherwise expressly provided in the TrueCar Arbitration Agreement (which applies the Federal Arbitration Act), the relationship between you and TrueCar are governed by the laws of the State of California without regard to its conflict/choice of law provisions.

**3. ACCEPTANCE OF TERMS.**

TrueCar, Inc. ("TrueCar," "we," "us," or "our") provides users with an online automotive information and communications platform, as well as related services that can be accessed from or through this website (collectively, "Services"). Please carefully read these Terms of Service before using the Services. By accessing or using the Services, including this website, you accept and agree to be bound by these Terms of Service ("Terms of Service") and all applicable laws, rules, and regulations associated with your use of the Services. If you do not agree to the Terms of Service, you are not authorized to use this website or the Services. These Terms of Service also apply to any co-branded or framed version of this website.

Your use of certain materials and features of this website and/or the Services may be subject to additional terms and conditions which are incorporated herein by reference and become part of the Terms of Service. By using

17.     I do not find the hyperlink to the Arbitration Agreement to be conspicuous because it blends into the surrounding text. I would not have noticed it.

### DECLARATION UNDER PENALTY OF PERJURY, 28 U.S.C. § 1746

I declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge.

Jodi Katzeff (Nov 13, 2025 10:57:37 EST)

Jodi Katzeff