**EXHIBIT A**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JODI KATZEFF, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>TOYOTA OF DARTMOUTH, INC.,<br><br>*Defendant.* | C.A. NO. 1:25-CV-12022 |

**DECLARATION OF ROSS B. HOFHERR IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE**

I, Ross B. Hofherr, hereby state with personal knowledge and under oath the following:

1. I am admitted and eligible to practice in the following courts: State of New York, State of New Jersey, United States District Court for the Northern District of New York, United States District Court for the District of Colorado, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, and United States District Court for the District of New Jersey.

2. I am a partner with the law firm Harris Beach Murtha Cullina PLLC, 100 Wall Street, New York, New York 10005, (212) 313-5482. I submit this declaration in support of the accompanying Motion for Admission *Pro Hac Vice* for the purpose of representing the defendant in the above-captioned action ("Defendant").

3. I am not currently suspended, nor have I been disbarred in any jurisdiction.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2

5.      I have become familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

6.      For the foregoing reasons, I respectfully request that the Court admit me *pro hac vice* to appear and practice in this Court in the above-captioned matter.

Signed under the penalties of perjury on this 4th day of December, 2025.

        */s/ Ross B. Hofherr*
        Ross B. Hofherr

2