## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JODI KATZEFF, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff,*<br><br>v.<br><br>TOYOTA OF DARTMOUTH, INC.,<br><br>   *Defendant.* | **NOTICE OF APPEARANCE**<br><br>C.A. NO. 1:25-CV-12022 |

  **PLEASE TAKE NOTICE** that Harris Beach Murtha Cullina PLLC, by Elliot A. Hallak, Esq., an attorney duly admitted to appear in this case as counsel for the Defendant Toyota of Dartmouth, Inc. ("Defendant") in the above-captioned matter. This Court granted my admission *pro hac vice* in this case on December 5, 2025.

  All papers in this action may be served upon the undersigned at the address stated below.

Dated: January 28, 2026
    Albany, New York

              HARRIS BEACH MURTHA CULLINA PLLC

              By: */s/ Elliot A. Hallak*
                 Elliot A. Hallak *(pro hac vice)*
                 677 Broadway, Suite 1101
                 Albany, New York 12207
                 P: (518) 701-2748
                 F: (518) 427-0235
                 ehallak@harrisbeachmurtha.com
                 *Attorneys for Defendant*

TO: Counsel of Record *(via ECF)*