# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JODI KATZEFF, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>TOYOTA OF DARTMOUTH, INC.,<br><br>*Defendant.* | **NOTICE OF APPEARANCE**<br><br>C.A. NO. 1:25-CV-12022 |

**PLEASE TAKE NOTICE** that Harris Beach Murtha Cullina PLLC, by Ross B. Hofherr, Esq., an attorney duly admitted to appear in this case as counsel for the Defendant Toyota of Dartmouth, Inc. ("Defendant") in the above-captioned matter. This Court granted my admission *pro hac vice* in this case on December 5, 2025.

All papers in this action may be served upon the undersigned at the address stated below.

Dated:  January 28, 2026
         Albany, New York

                                      HARRIS BEACH MURTHA CULLINA PLLC

                                      By:   */s/ Ross B. Hofherr*
                                                Ross B. Hofherr *(pro hac vice)*
                                                100 Wall Street, 23rd Floor
                                                New York, New York 10005
                                                P: (212) 313-5482
                                                F: (212) 687-0659
                                                rhofherr@harrisbeachmurtha.com
                                                *Attorneys for Defendant*

TO:   Counsel of Record *(via ECF)*