UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JODI KATZEFF,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s),*<br><br>**v.**<br><br>**TOYOTA OF DARTMOUTH, INC.,**<br><br>*Defendant.* | Case No.: 1:25-CV-12022-JEK |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL CASE AUTHORITY
IN SUPPORT OF HER RESPONSE IN OPPOSITION
TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Plaintiff Jodi Katzeff ("Plaintiff"), by and through her attorneys, hereby provides this Court with notice of supplemental case authority in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration, ECF No. 10-11. In addition to the cases cited in Plaintiff's Opposition, Plaintiff wishes to cite the following case authority:

- Order Denying Motion to Stay and Compel Arbitration, *Muhammad v. Rates VIP, LLC*, No. 1:25-cv-11862 (N.D. Ill. Mar. 16, 2026), ECF No. 28.

A copy of this Order, is attached hereto as **Exhibit 1**.

The *Rates VIP, LLC* Court declined to hold that Defendant, who was listed as a "marketing partner" in the alleged disclosure presented to Plaintiff (unlike the Defendant here), was not an intended third-party beneficiary of the arbitration agreement it sought to enforce. This is one of the main issues addressed in both Defendant's Motion and Plaintiff's Opposition (specifically pp.12-19 in Plaintiff's Opposition).

Dated: March 16, 2026

Respectfully submitted,
By: */s/ Anthony I. Paronich*
Anthony I. Paronich

1

PARONICH LAW, P.C.<br>
350 Lincoln Street, Suite 2400<br>
Hingham, MA 02043<br>
Tel: (617) 485-0018<br>
Fax: (508) 318-8100<br>
anthony@paronichlaw.com

*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 16, 2026, I electronically submitted the foregoing document with the Clerk of the Court using the CM/ECF system. I hereby certify that I will serve all counsel of record and parties electronically by operation of the Court's CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich