UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JODI KATZEFF, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>TOYOTA OF DARTMOUTH, INC.,<br><br>Defendant | C.A. NO. 1:25-CV-12022-JEK |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate that this civil action, including but not limited to all claims and counterclaims, be dismissed with prejudice, without costs, without any award of attorneys' fees to either party, and with all rights of appeal being waived.

JODI KATZEFF

By her Attorney,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
anthony@paronichlaw.com
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
617.485.0018

TOYOTA OF DARTMOUTH, INC.

By its Attorney,

*/s/ James F. Radke*
James F. Radke, BBO #667299
jradke@harrisbeach.com
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617.457.4000

Dated: November 17, 2026

CERTIFICATE OF SERVICE

I, James F. Radke, do hereby certify that on November 17, 2026, I filed this document through the ECF system which will send the document electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ James F. Radke*
James F. Radke